

# United States District Court
# Eastern District of California

| CAROLYN LETT CRAIG | Case Number: | 1:22-cv-00719-BAK |

Plaintiff(s)

V.

KILOLO KIJAKAZI, Commissioner of SSA

APPLICATION FOR PRO HAC VICE AND ~~PROPOSED~~ PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Amy Gilbrough** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Carolyn Lett Craig

On **02/08/2000** (date), I was admitted to practice and presently in good standing in the **Western District of Washington** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **06/22/2022**    Signature of Applicant: /s/ **Amy Gilbrough**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Amy Gilbrough |
| Law Firm Name: | Douglas Drachler McKee & Gilbrough |
| Address: | 1904 3rd Ave. Suite 1030 |
| City: | Seattle    State: WA    Zip: 98101 |
| Phone Number w/Area Code: | (206) 623-0300 |
| City and State of Residence: | Seattle, WA |
| Primary E-mail Address: | gilbrough@ddmglaw.com |
| Secondary E-mail Address: | amygilbrough@hotmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Harvey P. Sackett |
| Law Firm Name: | Sackett and Associates, A Professional Law Corporation |
| Address: | 548 Market Street, Suite 38822 |
| City: | San Francisco    State: CA    Zip: 94104-5401 |
| Phone Number w/Area Code: | (408) 295-7755    Bar #: 72488 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/23/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT