|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CAROLYN LETT CRAIG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-00719-CDB (SS)<br><br>ORDER ON STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 15) |
|---|---|

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence four of 42 U.S.C. § 405(g) and to Entry of Judgment, dated January 6, 2023. (ECF No. 15). Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new decision and instruct the ALJ to re-develop and re-evaluate the evidence of record; and

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and

///

///

against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:  **January 9, 2023**

_____
UNITED STATES MAGISTRATE JUDGE